# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01151-SAB<br><br>ORDER STRIKING INCOMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 2)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br>(ECF No. 3) |

Plaintiff Dedra Johhnson ("Plaintiff") filed a complaint on August 25, 2017, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) Plaintiff's application does not contain a signature. Unsigned filings cannot be considered by the Court, and therefore, Plaintiff's application to proceed in forma pauperis (ECF No. 2) shall be stricken from the record. See Fed. R. Civ. P. 11(a); Local Rule 131.

Subsequently on August 25, 2017, Plaintiff filed an amended application to proceed in forma pauperis. (ECF No. 3.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is STRICKEN FROM THE RECORD;

2. Plaintiff's amended application to proceed in forma pauperis (ECF No. 3) is GRANTED;

3. The Clerk of Court is DIRECTED to issue a summons; and

4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: __**August 28, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE